Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

January 4, 20 23

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK LEONETTI,

    Defendant.

NO. CR23-5001 DGE

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

**(Interstate Threat)**

On or about September 2, 2022, in Cowlitz County, within the Western District of Washington, and elsewhere, MARK LEONETTI knowingly transmitted in interstate and foreign commerce, from the State of Washington to another state, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, a communication, that is, a voicemail that contained the following threat to injure U.S. Representative 1:

"I'm going to murder you f****** for going the wrong way on Rochester with whatever Rochester f****** you're with."

All in violation of Title 18, United States Code, Section 875(c).

Indictment - 1
*United States v. Leonetti*
USAO No. 2022R01331

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

**(Interstate Threat)**

On or about September 23, 2022, in Cowlitz County, within the Western District of Washington, and elsewhere, MARK LEONETTI knowingly transmitted in interstate and foreign commerce, from the State of Washington to another state, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, a communication, that is, a voicemail that contained the following threat to injure U.S. Senator 1:

"Well, so I'm gonna murder you. It is justified."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

**(Interstate Threat)**

On or about September 23, 2022, in Cowlitz County, within the Western District of Washington, and elsewhere, MARK LEONETTI knowingly transmitted in interstate and foreign commerce, from the State of Washington to another state, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, a communication, that is, a voicemail that contained the following threat to injure U.S. Senator 1:

"Stupid dead whore. You called the locals. You called. Okay. Wasn't [U.S. House Representative 1], [U.S. House Representative 1] did? Too bad it wasn't you. We'd have followed you. We'd have followed them right back to Minnesota. ... Are you sure it wasn't you? Please be you bitch. Please be. You stupid Jew meat bitch. ... Please have been you [U.S. Senator 1]. ... So I hope it was you. Bye-bye, adios if it was. And I bet you delicious g*** meat."

All in violation of Title 18, United States Code, Section 875(c).

Indictment - 2
*United States v. Leonetti*
USAO No. 2022R01331

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 4

**(Interstate Threat)**

On or about September 23, 2022, in Cowlitz County, within the Western District of Washington, and elsewhere, MARK LEONETTI knowingly transmitted in interstate and foreign commerce, from the State of Washington to another state, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, a communication, that is, a voicemail that contained the following threat to injure U.S. Senator 1:

"Now even if you are delusional when we murder you, you don't have to sober up to that. We're just gonna murder you here bitch. The barbecue. Go ahead. You already been delusional all this much of your life, right? But when we barbecue you, maybe you will have been too. Maybe it makes you sushi."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 5

**(Interstate Threat)**

On or about October 19, 2022, in Cowlitz County, within the Western District of Washington, and elsewhere, MARK LEONETTI knowingly transmitted in interstate and foreign commerce, from the State of Washington to another state, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, a communication, that is, a voicemail that contained the following threat to injure U.S. Senator 2:

"And what do we do to you with you there? … We peel you, inside out, it's called a … Fort Vancouver lollipop, and you eat the meat off the inside, and they can come and fart and piss and shit on itself, all over its face, at the same time, right?"

All in violation of Title 18, United States Code, Section 875(c).

Indictment - 3
*United States v. Leonetti*
USAO No. 2022R01331

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 6

**(Interstate Threat)**

On or about October 26, 2022, in Cowlitz County, within the Western District of Washington, and elsewhere, MARK LEONETTI knowingly transmitted in interstate and foreign commerce, from the State of Washington to another state, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, a communication, that is, a voicemail that contained the following threat to injure U.S. Representative 2:

"Jew mouth. Jew blood. We need to get you back to Israel so we can kill you there."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 7

**(Interstate Threat)**

On or about October 26, 2022, in Cowlitz County, within the Western District of Washington, and elsewhere, MARK LEONETTI knowingly transmitted in interstate and foreign commerce, from the State of Washington to another state, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, a communication, that is, a voicemail that contained the following threat to injure U.S. Representative 2:

"So Leonettis have always killed [U.S. Representative 2's last name]s before, and it has never had anything to do with the Holocaust. … Since before the Holocaust, Leonettis have always killed [U.S. Representative 2's last name]s and Schulzes. That's why it's not déjà vu for you now, either maybe, f*****."

All in violation of Title 18, United States Code, Section 875(c).

Indictment - 4
*United States v. Leonetti*
USAO No. 2022R01331

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1-7 above are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1-7, MARK LEONETTI shall forfeit to the United States any property constituting, or derived from, proceeds Defendant obtained as a result of the offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c).

//
//
//

Indictment - 5
*United States v. Leonetti*
USAO No. 2022R01331

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or,

    e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 1/4/2023

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
WILLIAM DREHER
Assistant United States Attorney

Indictment - 6
*United States v. Leonetti*
USAO No. 2022R01331

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970